```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 20786
   MILDRED J VERA
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7459

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/24/2005 and was confirmed 08/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  67.94% from remaining funds.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG        .00            .00            .00
SAXON MORTGAGE SERVICES    NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         765.84            .00         520.33
FINGERHUT                  UNSECURED     NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1616.06            .00        1098.00
JRS I INC                  UNSECURED OTH     860.32            .00         584.60
PROVIDIAN  MASTERCARD      UNSECURED     NOT FILED             .00            .00
T MOBILE                   UNSECURED     NOT FILED             .00            .00
SAXON MORTGAGE             MORTGAGE ARRE    2734.56            .00        2734.56
JEFFERSON CAPITAL SYSTEM   UNSECURED        1690.51            .00        1148.58
STARKS & BOYD PC           DEBTOR ATTY     1,794.00                      1,794.00
TOM VAUGHN                 TRUSTEE                                         479.93
DEBTOR REFUND              REFUND                                          380.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             8,740.00

PRIORITY                                        .00
SECURED                                    2,734.56
UNSECURED                                  3,351.51
ADMINISTRATIVE                             1,794.00
TRUSTEE COMPENSATION                         479.93
DEBTOR REFUND                                380.00
                    --------------        --------------
TOTALS              8,740.00               8,740.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 20786 MILDRED J VERA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/27/07                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```